UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Cruz,

               Plaintiff,

   –v–

East 168 Realty, *et al.*,

               Defendants.

21-cv-2079 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court schedules a post-discovery status conference in this case for October 15, 2021 at 3:45 P.M. The proceeding will be held in-person in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York. If either counsel believe that the proceeding should be held remotely, counsel should confer with the other side and, no later than <u>five days</u> from this Order, submit a letter request to that effect.

    It is hereby ORDERED that within <u>seven days</u> prior to the post-discovery status conference, the parties shall meet and confer and submit a joint letter to the Court. The joint letter shall:

1) Include a statement confirming that all fact discovery has been completed (the parties should not assume that the Court will grant any extensions);

2) Include a statement regarding the status of any settlement discussions and whether the parties would like a referral to the Magistrate Judge or the Court-annexed Mediation Program for settlement discussions;

3) Include a statement regarding whether any party intends to move for summary judgment on or before the deadline specified in the CMP; and

4) If no party intends to move for summary judgment, propose (a) a deadline for the submission of a joint final pre-trial order pursuant to Rule 5.A of the undersigned's Individual Practices in Civil Cases, and (b) potential trial dates.

SO ORDERED.

Dated: September 9, 2021
       New York, New York

                                                  ALISON J. NATHAN
                                           United States District Judge