USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/7/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Cruz,

                Plaintiff,

     –v–

East 168 Realty LLC, et al.,

                Defendants.

21-cv-2079 (AJN)

ORDER

---

ALISON J. NATHAN, District Judge:

    In light of the settlement reached by the parties, the post-discovery conference scheduled for January 14, 2022, is canceled.

SO ORDERED.

Dated: January 7, 2022
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1