

| | | |
|---|---|---|
| *William Cafaro, Esq.*<br>*Partner*<br>ADMITTED IN NY, CA, MD & TX<br>Email: bcafaro@cafaroesq.com | **LAW OFFICES OF**<br>**WILLIAM CAFARO** | *Louis M. Leon, Esq.*<br>*Associate*<br>ADMITTED IN NY<br>Email: lleon@cafaroesq.com |
| *Amit Kumar, Esq.*<br>*Managing Attorney*<br>ADMITTED IN NY & NJ<br>Email: akumar@cafaroesq.com | 108 West 39th Street, Suite 602<br>New York, New York 10018<br>Telephone: 212.583.7400<br>Facsimile: 212.583.7401<br>www.cafaroesq.com | *Matthew S. Blum, Esq.*<br>*Of Counsel*<br>ADMITTED IN NY<br>Email: mblum@cafaroesq.com |
| *Andrew S. Buzin, Esq.*<br>*Of Counsel*<br>ADMITTED IN NY, FL & DC | | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/07/2022

January 7, 2022

**APPLICATION GRANTED**
/s/ Katharine H. Parker
Hon. Katharine H. Parker, U.S.M.J.
01/07/2022

<u>*Via ECF*</u>
Hon. Alison J. Nathan, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Libertad Jaqueline Cruz v. East 168 Realty LLC et al*
Case No. 21-cv-2079 (AJN)

Your Honor:

This office represents the Plaintiff in this action.  <u>The parties jointly request that the deadline to submit the settlement agreement and C*heeks* motion be extended from today to February 9, 2022. The extra time is needed because the parties are still working on the settlement agreement which they hope to have finalized and executed by February 9th.  This is the first request for an extension of this deadline.</u>

We thank the Court for its attention to this matter.

Respectfully submitted,
/s/
_____
By Louis M. Leon, Esq. (WC 2730)
108 West 39th Street, Suite 602
New York, New York 10018
LLeon@cafaroesq.com