**LAW OFFICES OF WILLIAM CAFARO**

*William Cafaro, Esq.*
*Partner*
ADMITTED IN NY, CA, MD & TX
Email: bcafaro@cafaroesq.com

*Amit Kumar, Esq.*
*Managing Attorney*
ADMITTED IN NY & NJ
Email: akumar@cafaroesq.com

*Andrew S. Buzin, Esq.*
*Of Counsel*
ADMITTED IN NY, FL & DC

108 West 39th Street, Suite 602
New York, New York 10018
Telephone: 212.583.7400
Facsimile: 212.583.7401
*www.cafaroesq.com*

*Louis M. Leon, Esq.*
*Associate*
ADMITTED IN NY
Email: lleon@cafaroesq.com

*Matthew S. Blum, Esq.*
*Of Counsel*
ADMITTED IN NY
Email: mblum@cafaroesq.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/10/22

February 9, 2022

**<u>Via ECF</u>**
Hon. Alison J. Nathan, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Libertad Jaqueline Cruz v. East 168 Realty LLC et al*
Case No. 21-cv-2079 (AJN)

Your Honor:

**SO ORDERED.**

This office represents the Plaintiff in this action. The parties jointly request that the deadline to submit the settlement agreement and *Cheeks* motion be extended from today to March 11, 2022. As of today, the parties are working towards finalizing the settlement agreement and hope to have all the relevant paperwork submitted to the Court soon. This is the second request for an extension of this deadline.

We thank the Court for its attention to this matter.

*[signature]*
SO ORDERED.
ALISON J. NATHAN, U.S.D.J.
2/10/22

Respectfully submitted,
/s/
By Louis M. Leon, Esq. (WC 2730)
108 West 39th Street, Suite 602
New York, New York 10018
LLeon@cafaroesq.com