

*William Cafaro, Esq.*
*Partner*
ADMITTED IN NY, CA, MD & TX
Email: bcafaro@cafaroesq.com

*Amit Kumar, Esq.*
*Managing Attorney*
ADMITTED IN NY & NJ
Email: akumar@cafaroesq.com

*Andrew S. Buzin, Esq.*
*Of Counsel*
ADMITTED IN NY, FL & DC

108 West 39th Street, Suite 602
New York, New York 10018
Telephone: 212.583.7400
Facsimile: 212.583.7401
www.cafaroesq.com

*on, Esq.*
*ssociate*
IN NY
Email: lleon@cafaroesq.com

*Matthew S. Blum, Esq.*
*Of Counsel*
ADMITTED IN NY
Email: mblum@cafaroesq.com

March 11, 2022

**Via ECF**
Hon. Alison J. Nathan, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Libertad Jaqueline Cruz v. East 168 Realty LLC et al*
Case No. 21-cv-2079 (AJN)

Your Honor:

**SO ORDERED**

This office represents the Plaintiff in this action. The parties jointly request that the deadline to submit the settlement agreement and *Cheeks* motion be extended from today to April 1, 2022. Due to unforeseen issues, the parties have not been able to finalize the settlement agreement yet, but intend to have all the relevant paperwork submitted to the Court by April 1, 2022.

We thank the Court for its attention to this matter.

Respectfully submitted,
/s/
By Louis M. Leon, Esq. (W
108 West 39th Street, Suite 602
New York, New York 10018
LLeon@cafaroesq.com

SO ORDERED.
ALISON J. NATHAN, U.S.D.J.
3/14/22