

*William Cafaro, Esq.*
*Partner*
ADMITTED IN NY, CA, MD & TX
Email: bcafaro@cafaroesq.com

*Amit Kumar, Esq.*
*Managing Attorney*
ADMITTED IN NY & NJ
Email: akumar@cafaroesq.com

*Andrew S. Buzin, Esq.*
*Of Counsel*
ADMITTED IN NY, FL & DC

**LAW OFFICES**
**WILLIAM CAFARO**

108 West 39th Street, Suite 602
New York, New York 10018
Telephone: 212.583.7400
Facsimile: 212.583.7401
www.cafaroesq.com

*Louis M. Leon, Esq.*
*Associate*
ADMITTED IN NY
Email: lleon@cafaroesq.com

*Matthew S. Blum, Esq.*
*Of Counsel*
ADMITTED IN NY
Email: mblum@cafaroesq.com

April 1, 2022

**_Via ECF_**
Hon. Alison J. Nathan, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Libertad Jaqueline Cruz v. East 168 Realty LLC et al*
Case No. 21-cv-2079 (AJN)

Your Honor:

This office represents the Plaintiff in this action. The parties jointly request that the deadline to submit the settlement agreement and C*heeks* motion be extended from today to April 15, 2022. There is one important issue in the settlement agreement that the parties are currently trying to resolve and which has impeded the parties from executing the agreement. We believe this short, two-week extension will provide us enough time to finalize the agreement and submit it to the Court as previously requested.

We thank the Court for its attention to this matter.

Respectfully submitted,
/s/
By Louis M. Leon, Esq. (LL 2750)
108 West 39th Street, Suite 602
New York, New York 10018
LLeon@cafaroesq.com

SO ORDERED.
ALISON J. NATHAN, U.S.D.J.
4/4/22
Sitting by Designation