UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIBERTAD JAQUELINE CRUZ,
                       Plaintiff,

-v-

EAST 168 REALTY LLC, *et al.*,
                       Defendants.

21-CV-2079 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The order of reference to Magistrate Judge Katharine H. Parker for general pretrial and approval of the parties' settlement agreement is hereby withdrawn.

    SO ORDERED.

Dated: April 13, 2022
       New York, New York

_____
J. PAUL OETKEN
United States District Judge